UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAARV WATERPROOFING INC.,

                Plaintiff,

-against-

ASHKENAZY ACQUISITION CORP. et al.,

                Defendant.

18cv09415 (DF)

**ORDER OF DISCONTINUANCE**

**DEBRA FREEMAN, United States Magistrate Judge:**

    The Court having been informed that the parties have reached an agreement in principle to resolve this action, and the parties having consented pursuant to 28 U.S.C. § 636(c) to the undersigned exercising jurisdiction over this matter and conducting all proceedings herein, it is hereby ORDERED that:

    This action be, and hereby is, discontinued with prejudice and without costs, provided, however, that within 30 days of the date of this Order, if the parties' written documentation of the settlement is not completed, Plaintiff may apply by letter for the restoration of the action to the active calendar of the Court.

Dated: New York, New York
          August 3, 2021

                                            SO ORDERED

                                            _____
                                            DEBRA FREEMAN
                                            United States Magistrate Judge

Copies to:

All counsel (via ECF)